**880**

■ MARGUERITE CRAIG, Respondent, v. HOWARD R. CRAIG, JR., Appellant. — Order unanimously modified and allowances are fixed as follows: The sum of $25 per week for the support of the wife; an additional sum of $25 per week for the support of the child, each commencing July 26, 1956, and counsel fee in the sum of $500 and, as so modified, affirmed. On the record before us, the amounts allowed by this court are warranted and are only *pendente lite*. At the trial of this action, which should proceed at an early date, the court will have before it all of the factors necessarily considered in fixing the amount of permanent alimony. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ LIBBY E. JACOBS, Respondent, v. JOSEPH ROSNER et al., Defendants, and ROSE ROSNER et al., Appellants.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ In the Matter of PETER G. TREVES et al., as Beneficial Owners of Stock of GODCHAUX SUGARS, INC., Respondents, against GODCHAUX SUGARS, INC., now Known as GULF STATES LAND & INDUSTRIES, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ MAURICE M. LEVITES, Respondent, v. HELEN E. LEVITES, Appellant, et al., Defendant.— Order granting plaintiff's motion restraining the Dollar Savings Bank from paying out funds on deposit with it in the name of defendant, and order denying defendant's motion to dismiss the service of the summons and complaint in this action on defendant, unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ MAURICE M. LEVITES, Respondent, v. HELEN E. LEVITES, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ ANESTIS FOLTIS, Appellant-Respondent, v. CONMAR PRODUCTS CORPORATION, Respondent-Appellant, and ALEXANDER KONOFF, Appellant.— Order granting defendant's motion to vacate items 5, 6, 7, 8 and 9 of plaintiff's notice of examination before trial unanimously affirmed. Order granting defendant's motion for a further examination of plaintiff upon two items and a discovery and inspection on four items, unanimously modified by reinstating items (b)(1), (c)(1), (c)(2), (c)(3), (c)(4), (c)(5) and (c)(6) as set forth in the notice of motion of defendant, Conmar Products Corporation. With respect to plaintiff's cross notice of motion, items 14 to 17a inclusive, relating to examination before trial, and items 2 to 7 inclusive, relating to discovery and inspection are eliminated, with $20 costs and disbursements to the defendant. On the record before us the relief now granted is warranted. The date for the examinations to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ In the Matter of the Estate of MARIE S. DAVIS, Deceased. In the Matter of the Probate of the Will of MARIE S. DAVIS, Deceased. CHARLOTTE STOESSINGER, Appellant; OSCAR STOESSINGER et al., Respondents.— Order denying appellant's motion to take a deposition upon written interrogatories unanimously affirmed, without prejudice, however, to a renewal of the application for a commission in the event that it should be held that the will has not been revoked and the issue of undue influence becomes critical, with $20 costs and disbursements to the respondents. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ In the Matter of the Estate of MARIE S. DAVIS, Deceased. In the Matter of the Probate of the Will of MARIE S. DAVIS, Deceased. CHARLOTTE STOESSINGER, Appellant; OSCAR STOESSINGER et al., Respondents.— Order denying appellant's motion to sever the consolidated proceedings herein unani-

mously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ RAMON F. SCOTT et al., Copartners Trading under the Name of F. SCOTT & COMPANY, Respondents, v. HARRY E. TOWLE et al., Defendants, and JOSEPH A. DERNBERGER et al., Appellants.— Order unanimously modified, with $20 costs and disbursements to the appellants, so as to grant the motion to dismiss the complaint unless the plaintiffs submit to examination before trial within three months from the entry of the order of this court, and serve and file the further bill of particulars heretofore required within two months from the entry of such order. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ ROBERT F. SHEPPARD, Appellant, v. COOPERS' INCORPORATED, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ LOUIS BACON et al., Appellants, v. GENERAL TIRE & RUBBER COMPANY, Defendant, and FORREST PROCESS & DEVELOPMENT CORP., et al., Respondents.— Rule XI of the New York County Supreme Court Trial Term Rules provides for priority of examination of parties before trial. Subdivision 4 thereof, states: " In actions based on contract, or in equity, plaintiffs generally shall be entitled to priority of examination, except where it appears that by reason of counterclaims contained in the answer it would be proper that plaintiffs be examined first, as to such counterclaims ". No counterclaims have been interposed in this action and no adequate reason appears in the record in this case for deviating from the rule. Order denying plaintiffs' motion to stay the defendants from examining the plaintiffs before trial until the completion of the plaintiffs' examination, unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. Settle order on notice. Concur — Breitel, J. P., Botein, Frank and Valente, JJ.

■ CAROLYN SCHNURER, Respondent, v. HAROLD T. SCHNURER, Appellant.— The parties to this action are so circumstanced that the fixation of alimony, counsel fee and quantum of support for the child, may and should await final determination of the action for separation. This will work no hardship and, at such time, any award made for any or all of the items will be retroactive. Accordingly, the order of Special Term is unanimously reversed, with costs to abide the event, and the question of alimony, counsel fee and the quantum of support for the child are left for the trier of the facts. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ In the Matter of the Estate of AARON J. LEVY, Deceased. ANNETTE L. FRANKENSTEIN, Appellant; WASHINGTON I. LEVY, Respondent.— Decree unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ STARILIAN LAPIDARIES, INC., Appellant, v. WAYNE W. LIGHT, Doing Business as WAYNE W. LIGHT COMPANY, Respondent.— Order denying plaintiff's motion to stay arbitration proceedings herein, and order granting defendant's motion to stay the action herein until arbitration has been had, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ.

■ LEHIGH STRUCTURAL STEEL COMPANY v. CITY OF NEW YORK and LYNN CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See ante, p. 816.]